**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**
**STATE CORRECTIONAL INSTITUTION AT ALBION**
10745 ROUTE 18, ALBION, PA 16475-0001
(814) 756-5778   FAX: (814) 756-9733

**JEFFREY A. BEARD, Ph.D.**
Secretary



**MARILYN S. BROOKS**
Superintendent

July 21, 2005

Clerk U.S. District Court
P.O. Box 1820
Erie, PA  16507

Dear Sir/Madam,

   Mr. Nathaniel Newell EG-7632, C.A. # 04-107 Erie, an inmate of the State Correctional Institution at Albion, has been released. The forwarding address on file is: 1854 North 4th Street, Philadelphia, PA 19122. As a result you will find attached a list of all deductions which have been made against court orders received requiring collections from his inmate account while at SCI Albion. These collections were handled in accordance with priorities established by the PA Department of Corrections under its policy for collection of inmate debts.

   If you have any questions regarding these payments, feel free to contact the inmate involved, as he will receive a copy of the same information upon his release.

Sincerely

Robert J. McCarthy
Business Manager

By,

Sandra L. Gorniak
Accountant

RJM/SLG/mlt
Attachments

cc:   File

*"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*

## SCI ALBION – INMATE PAYMENT RECORD

Inmate Name: Newell, Nathaniel   DC Number: EG-7632

Date Debt Received: 8/19/04   Received From: Western-Erie

Reference Number: C.A. # 04-107 Erie

Type of Debt: PLRA   Original Debt Amount: $ 150.00

Payment Rate: 20%   Balance Remaining: $ _____

| Date Withheld | Batch Number | Amount | Balance | Initials | Payment Date | Check Number | Amount | Initial |
|---|---|---|---|---|---|---|---|---|
| 8/19/04 | 4730 | 4.23 | 145.77 | SG | 8/19/04 | | 4.23 | SG (Init. Fee) |
| 9/15/04 | 5051 | 6.04 | 139.73 | SG | | | | |
| " | " | .10 | 139.63 | SG | 9/30/04 | 58357 | 6.14 | mb |
| 10/13/04 | 5391 | 6.72 | 132.91 | mb | | | | |
| 10/13/04 | 5391 | .10 | 132.81 | mb | 11/17/04 | 59080 | 6.82 | mb |
| 11/10/04 | 5801 | 6.72 | 126.09 | SG | 12/14/04 | 59515 | 6.72 | SG |
| 12/10/04 | 6147 | 6.72 | 119.37 | mb | 1/20/05 | 60113 | 6.72 | mb |
| 1/13/05 | 6571 | 8.05 | 111.32 | mb | 2/3/05 | 60301 | 8.05 | RN |
| 2/11/05 | 6912 | 7.70 | 103.62 | SG | 3/5/05 | 60748 | 7.70 | RN |
| 3/11/05 | 7254 | 7.00 | 96.62 | SG | 4/14/05 | 61373 | 7.00 | RN |
| 3/29/05 | 7461 | 5.00 | 91.62 | RN | 5/17/05 | 61856 | 5.00 | RN |

*Sentence Complete
3/31/05
RN